# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXP OLDCO WINDDOWN INC.,[1] | Case No. 24-10831 (KBO) |
| Debtor. | |
| | |
| TRACY L. KLESTADT, PLAN ADMINISTRATOR; | |
| Plaintiff, | |
| v. | Adv. Pro. No. 25-52481-KBO |
| | **Related Docket Nos. 1, 18** |
| TIMOTHY BAXTER, MATTHEW MOELLERING, and JOHN DOES 1-10, | |
| Defendants, | |

## DEFENDANT MATTHEW MOELLERING'S
## MOTION TO DISMISS PLAINTIFF'S ADVERSARY COMPLAINT

Defendant Matthew Moellering ("**Defendant**") in the above-captioned adversary proceeding, by and through the undersigned counsel, respectfully moves (the "**Motion**") the Court for an order dismissing Count II of the *Adversary Complaint* (Adv Dkt Nos. 1; 18) (the "**Complaint**") pursuant to Federal Rule of Civil Procedure 12(b), made applicable to this

---

[1] The Debtor in in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is EXP OldCo Winddown, Inc. (8128). The chapter 11 cases of the Debtor's affiliates Project Pine TopCo Winddown, LLC (8079); Project Pine Holding OldCo, LLC (8454); Project Pine Finance OldCo Corp. (7713); Project Pine OldCo, LLC (0160); Project Pine Investments OldCo, LLC (7622); Project Pine Logistics OldCo, LLC (0481); Project Pine Operations OldCo, LLC (3400); Project Pine GC OldCo, LLC (6092); Project Pine Tropic OldCo, LLC (3861); Project Pine California OldCo, LLC (8688); and Express Fashion Digital Services Costa Rica, S.R.L. (7382) were closed as of September 29, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of EXP OldCo Winddown, Inc.

proceeding by rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In support, Defendant states:

1.      Support for the Motion is set forth in the accompanying opening brief (the "**Memorandum in Support**") and, filed contemporaneously herewith, and incorporated herein by reference.

2.      Pursuant to Bankruptcy Rule 7012 and local rule 7012-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Defendant does not consent to the entry of final orders or judgments by the Court if it is determined that the Court cannot enter final orders or judgments consistent with Article III of the United States Constitution.

**WHEREFORE**, for the reasons set out in the Memorandum in Support, Defendant respectfully requests that the Court (i) enter the proposed form of order attached hereto as **Exhibit A** granting this Motion, and (ii) grant any further relief that may be appropriate.

Dated: Wilmington, Delaware
       April 22, 2026

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Joseph O. Larkin*
Joseph O. Larkin (DE Bar No. 4883)
Jessica R. Kunz (DE Bar No. 5698)
Stephen Della Penna (DE Bar No. 6103)
Oscar Barron-Guerra (DE Bar No. 7541)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Fax: (302) 651-3001
Email: joseph.larkin@skadden.com
Email: jessica.kunz@skadden.com
Email: stephen.dellapenna@skadden.com
Email: oscar.barron-guerra@skadden.com

*Counsel for Matthew Moellering*